**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Dr. William M. Pollack v. Cunningham    Case Number: **08 C 1403**

Financial Group, LLC and John Does 1-10,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Cunningham Financial Group, LLC**

**JUDGE SHADUR**
**MAGISTRATE JUDGE COLE**

| | |
|---|---|
| NAME (Type or print) <br> James J. Sipchen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/James J. Sipchen | |
| FIRM  Pretzel & Stouffer, Chartered | |
| STREET ADDRESS   One South Wacker Drive, Suite 2500 | |
| CITY/STATE/ZIP  Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6226113 | TELEPHONE NUMBER <br> (312)346-1973 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

**FILED**
**MARCH 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT